# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Polster, Dan A | 2. Court or Organization<br><br>U.S. Dist. Ct., ND Ohio | 3. Date of Report<br><br>03/22/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States District Judge<br>18B Carl B. Stokes U.S. Court<br>Cleveland, Ohio 44103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Trustee | ████████████████ |
| 2. Lifetime Trustee | ████████ |
| 3. Trustee | Jewish Community Federation of Cleveland |
| 4. Trustee | Jewish Education Center of Cleveland |
| 5. Trustee | ████Trust |
| 6. Board of Directors | Federal Bar Assn (Cleveland chapter) |

RECEIVED
2007 MAR 27 A 10: 55
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Hahn, Loeser & Parks (law firm) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1.    NONE | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | none | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. none | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. Servicemaster Co. | A | Dividend | K | T | | | | | |
| 3. Calamos Gr Fund | A | Dividend | | | sale | 11/13 | J | B | |
| 4. Hart Floating Rt. Fd | A | Dividend | | | purch | 5/22 | J | | |
| 5. Hart Floating Rt. Fd | A | Dividend | | | sale | 11/13 | J | A | |
| 6. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 7. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 8. Hotchkis and Wiley Fd. | A | Dividend | J | T | | | | | |
| 9. Amer. Gr. Fd of America | J | Dividend | K | T | | | | | |
| 10. Franklin Cust Fds Util | A | Dividend | J | T | sale | 11/13 | J | A | |
| 11. Putnam Floating Rate Inc Fd | A | Dividend | K | T | sale | 11/13 | K | A | |
| 12. Munder Midcap Core Fd | A | Dividend | J | T | purch | 11/13 | J | | |
| 13. Gartmore Small Cap Fd | A | Dividend | J | T | purch | 11/13 | J | | |
| 14. Alger Small Cap Growth | A | Dividend | J | T | purch | 11/13 | J | | |
| 15. Thornburg Intl Value Fd | A | Dividend | J | T | purch | 11/13 | J | | |
| 16. Eaton Vance Large Cap Fd | A | Dividend | J | T | purch | 11/13 | J | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Allianz Pea Target Fund (formerly Pimco Adv. Target Fund) | C | Dividend | L | T | sale | 10/18 | K | D | |
| 19. Dreyfus Prem. Mun. Bd Fund | C | Dividend | L | T | part. sale | 10/18 | K | A | |
| 20. Putnam College Adv. Gr. Fd. | A | Dividend | K | T | | | | | |
| 21. Liberty Acorn Tr Fd | A | Dividend | K | T | | | | | |
| 22. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 23. Chesapeake Energy Corp | A | Dividend | K | T | | | | | |
| 24. Genentech Inc | A | Dividend | J | T | | | | | |
| 25. Wayne Cty Ohio Munic.Bonds | B | Interest | K | T | | | | | |
| 26. Putnam Coll.Adv.Bal. Fd. | A | Dividend | J | T | | | | | |
| 27. Kemper High Inc. Trust | A | Dividend | J | T | | | | | |
| 28. Intel | A | Dividend | K | T | purch | 10/18 | K | | |
| 29. Parker Hannifin | A | Dividend | K | T | purch | 10/18 | K | | |
| 30. Precision Cast Parts Corp. | A | Dividend | J | T | purch | 10/18 | K | | |
| 31. | | | | | | | | | |
| 32. Tenneco common | A | Dividend | J | T | | | | | |
| 33. Alltel common | A | Dividend | J | T | | | | | |
| 34. Windstream Corp. (spinoff) | A | Dividend | J | T | spinoff | 7/01 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Embarq Corp. (spinoff) | A | Dividend | J | T | spinoff | 5/17 | J | | |
| 36. Transistor Devices common | A | Dividend | L | W | | | | | |
| 37. Transistor Devices common | A | Dividend | L | W | | | | | |
| 38. Japan Fund | A | Dividend | J | T | | | | | |
| 39. Vanguard Fund | A | Dividend | J | T | | | | | |
| 40. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 41. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 42. National City Bank-check. | A | Interest | J | T | | | | | |
| 43. NationalCity Bank-check | A | Interest | J | T | | | | | |
| 44. National City Bank--CD | A | Interest | J | T | | | | | |
| 45. National City Bank--CD | A | Interest | J | T | | | | | |
| 46. Ohio Savings--savings | A | Interest | J | T | | | | | |
| 47. IRA-Ohio Savings Bank(mut.fd) | B | Dividend | K | T | | | | | |
| 48. IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 49. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 50. IRA-Prud. Equity Fund | C | Dividend | K | T | | | | | |
| 51. 401(K)--ABA Retirement Fds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Balanced Fund | B | Dividend | M | T | Transfer In | 7/01 | M | | |
| 53. Moderate Portfolio Fd | B | Dividend | M | T | Transfer In | 7/01 | M | | |
| 54. Pimco Total Ret. Fund | A | Dividend | | | Transfer Out | 7/01 | K | | |
| 55. Vanguard 500 Index Fd | B | Dividend | | | Transfer Out | 7/01 | K | | |
| 56. Longleaf Partners Fd | B | Dividend | | | Transfer Out | 7/01 | L | | |
| 57. Longleaf partners SmCp Fd | B | Dividend | | | Transfer Out | 7/01 | L | | |
| 58. T. Rowe Price MidCap Fd | B | Dividend | | | Transfer Out | 7/01 | L | | |
| 59. HR-10: Prof. Managed | E | Distribution | M | T | | | | | |
| 60. | | | | | | | | | |
| 61. Money Market Fund (ML) | A | Interest | K | T | | | | | |
| 62. China Power and Light common | A | Dividend | J | T | | | | | |
| 63. Transistor Devices common | A | Dividend | L | W | | | | | |
| 64. Oakmark Intl Fd | A | Dividend | J | T | add purch | 10/04 | K | | |
| 65. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 66. Hotchkis and Wiley Small Cap Fd | A | Dividend | J | T | | | | | |
| 67. State of Israel Bond | A | Interest | J | T | | | | | |
| 68. Ford common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 70. Citigroup (acq Ford spinoff) | A | Dividend | J | T | | | | | |
| 71. Traveler's Insurance (Ford spinoff) | A | Dividend | J | T | | | | | |
| 72. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 73. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Money Market (ML) | A | Interest | J | T | | | | | |
| 76. Transistor Devices common | A | Dividend | L | W | | | | | |
| 77. Oakmark Intl Fund | A | Dividend | J | T | add purch | 10/06 | J | | |
| 78. Hotchkis and Wiley SmCap | A | Dividend | | | sale | 10/06 | J | A | |
| 79. Gabelli Utilities Fd | A | Dividend | J | T | add purch | 4/04 | J | | |
| 80. ML Global Allocation Fd I | A | Dividend | J | T | | | | | |
| 81. Fidelity Adv Govt Invt Fd | A | Dividend | | | sale | 4/04 | J | A | |
| 82. MFS Intl New Disc Fd | A | Dividend | J | T | purch | 4/04 | J | | |
| 83. Blackrock Global Alloc Fd | A | Dividend | J | T | purch | 4/04 | J | | |
| 84. State of Israel Bond | A | Interest | J | T | | | | | |
| 85. Ford common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Visteon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 87. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 88. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 89. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 90. | | | | | | | | | |
| 91. ▆▆▆ Trust** | E | Div,Int | P1 | T | | | | | |
| 92. State of Israel Bond | | | | | | | | | |
| 93. Tenneco common | | | | | | | | | |
| 94. Pactiv Corp | | | | | | | | | |
| 95. JPMorgan Chase | | | | | | | | | |
| 96. Sprint Corp | | | | | | | | | |
| 97. Embarq Corp. (spinoff) | | | | | spinoff | 5/17 | J | | |
| 98. M.Lynch Money Market | | | | | | | | | |
| 99. U.S. GNM bonds | | | | | | | | | |
| 100. Alltel common | | | | | | | | | |
| 101. Windstream Corp. (spinoff) | | | | | spinoff | 7/01 | J | | |
| 102. Ampal Israel Preferred | | | | | | | | | |

| 1. Income Gain Codes; | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ind. Dev. Bank of Israel Pref. | | | | | | | | | |
| 104. Amer New Persp Fd | | | | | add purch | 3/01 | J | | |
| 105. Amer Inc. Fd of Amer. | | | | | | | | | |
| 106. American Washington Mut Fd | | | | | | | | | |
| 107. Calamos Growth Fd | | | | | | | | | |
| 108. Oakmark Intl Fund | | | | | add purch | 10/04 | K | | |
| 109. Hotchkis and Wiley Smallcap | | | | | | | | | |
| 110. Baron Growth Fd | | | | | | | | | |
| 111. Amer. Growth Fd of America | | | | | add purch | 8/28 | K | | |
| 112. Franklin Cust Fds Util | | | | | sale | 5/22 | J | A | |
| 113. CD Treasury Bank NA | | | | | | | | | |
| 114. Hartford Floating Rt Fd | A | Dividend | J | T | purch | 5/23 | J | | |
| 115. Money Fund | | | | | | | | | |
| 116. Bolt Technologies | | | | | part sale | 1/11 | K | E | |
| 117. Bolt Technologies | | | | | sale | 8/30 | K | E | |
| 118. Immunogen Inc | | | | | | | | | |
| 119. Cray Inc. | | | | | sale | 9/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Memry Corp. | | | | | sale | 6/09 | K | A | |
| 121. Epix Pharmaceuticals | | | | | part sale | 12/19 | K | A | |
| 122. Epix Pharmaceuticals | | | | | add purch | 6/09 | J | | |
| 123. Epix Pharmaceuticals | | | | | add purch | 6/12 | J | | |
| 124. Epix Pharmaceuticals | | | | | add purch | 8/30 | K | | |
| 125. Enbridge Energy Mgt LLC | | | | | add purch | 5/17 | K | | |
| 126. | | | | | | | | | |
| 127. Money Market | | | | | | | | | |
| 128. Laclede Gas common | | | | | | | | | |
| 129. Valero LP (acquired Kaneb Pipeline Pref.) | | | | | | | | | |
| 130. Nuveen Ohio Munic. Fd. | | | | | | | | | |
| 131. Davis NY Venture Fd | | | | | | | | | |
| 132. Ohio St.Air Qual Bonds | | | | | | | | | |
| 133. Eaton Vance Tax Managed Gr. Fd (formerly Eat.Vance Marath.Fd | | | | | | | | | |
| 134. Cedar Fair | | | | | | | | | |
| 135. American Express Co. | | | | | | | | | |
| 136. Chevron/Texaco | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. XTO Energy | | | | | | | | | |
| 138. Franklin, Ohio Munic. Bond | | | | | | | | | |
| 139. America Movil | | | | | | | | | |
| 140. Corning | | | | | sale | 7/26 | J | A | |
| 141. Ameriprise Financial (spinoff from American Express) | | | | | | | | | |
| 142. Genentch Inc | | | | | | | | | |
| 143. Harris Corp Del | | | | | | | | | |
| 144. Hewlett-Packard | | | | | | | | | |
| 145. Hugoton Royalty Trust | | | | | spinoff | 5/12 | J | | |
| 146. Hugoton Royalty Trust | | | | | sale | 10/17 | J | A | |
| 147. Digital River | | | | | purch | 10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A | 03/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date__3/22/07_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544